Opinion issued August 20, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00379-CV

———————————

**PENNY BAIRD, Appellant**

**V.**

**WELLS FARGO BANK, N.A. AND TRIBE GLOBAL PARTNERS, LLC,**
**Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-90476**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's May 13, 2019 interlocutory summary judgment order. Appellant's brief was originally due on June 27, 2019. On July 1, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely

filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.